An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

EARNEST PHILLIPS,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 65874

**FILED**

JUL 25 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
CHIEF DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a purported pretrial order of the district court "Waiving the Defendant Right's to an [sic] Speedy Trial." Eighth Judicial District Court, Clark County; Kathleen E. Delaney, Judge.

We lack jurisdiction to consider this appeal because no statute or court rule provides for an appeal from such an order. *See Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Therefore, we

ORDER this appeal DISMISSED.

_____, J.
Pickering

_____ J.
Parraguirre

_____, J.
Saitta

cc:  Hon. Kathleen E. Delaney, District Judge
     Clark County Public Defender
     Attorney General/Carson City
     Clark County District Attorney
     Eighth District Court Clerk
     Earnest Phillips

SUPREME COURT
OF
NEVADA

(O) 1947A

14-24372